# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00297-CV

## In re Israel Lara, Jr.

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus.  *See* Tex. R. App. P. 52.  Having reviewed the petition, we deny relator's petition for writ of mandamus.  *See id.* R. 52.8(a).

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:   May 22, 2015